# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Hedick

,

Plaintiff(s),

v.

Kraft Heinz Company, et al.,

Defendant(s).

Case No.  19-cv-1339
Judge  Robert M. Dow

## ORDER

Motion hearing held.  The following motions are taken under advisement:  Motion of the NYC Funds for consolidation, appointment as lead Plaintiff, and approval of selection of lead counsel [46]; Motion of Earl Chesson, The Chesson Limited Partnership, and Earl G. Chesson Revocable Tryst U/A DTD 4/11/2017 to: (1) consolidate related actions; (2) appoint lead Plaintiffs; and (3) approve lead Plaintiffs' selection of counsel [49]; Motion of Arca Investments, a.s. and Krupa Global Investments to consolidate and for appointment as lead Plaintiff and approval of selection of lead and liaison counsel [52]; Motion of Sjunde AP-Fonden and Union Asset Management Holding AG for consolidation of related actions, appointment as lead Plaintiff, and approval of their selection of lead counsel [57]; Motion of Timber Hill LLC for appointment as lead Plaintiff and approval of its selection of lead counsel and liaison counsel [61]; responses/position briefs are due 5/15/2019; replies are due 5/22/2019; and page limit is fifteen-pages per brief.  Pursuant to the notice of withdrawal [71] filed on 4/30/2019, the motion of the Kraft Heinz Investor Group for consolidation of the actions, appointment as lead Plaintiff, and approval of selection of counsel [40] is terminated as moot.  The agreed motion for reassignment of related cases [75] is granted. Timber Hill LLC v. The Kraft Heinz Company, et al., Case No. 19-cv-2807, will be reassigned to the Court. Executive Committee Order to follow. Agreed motion for reassignment of related cases [20] is granted.  Iron Workers District Council v. Kraft Heinz Company, et al., Case No. 19-cv-01845, also will be reassigned to this Court.  Executive Committee Order to follow. All motions for leave to appear pro hac vice [66, 68, 69, 70, 74, 77, 78] are granted.

:10

Date:  5/1/2019                                   /s/ Judge Dow