**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GEORGE A. HEDICK, JR., *individually and on behalf of all others similarly situated*,<br><br>       Plaintiff,<br><br>  v.<br><br>THE KRAFT HEINZ COMPANY, *et al.*,<br><br>       Defendants. | Case No. 19-1339 (RMD)<br><br>CLASS ACTION |
| IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) RETIREMENT AND PENSION PLAN, *individually and on behalf of all others similarly situated*,<br><br>       Plaintiff,<br><br>  v.<br><br>THE KRAFT HEINZ COMPANY, *et al.*,<br><br>       Defendants. | Case No. 19-1845 (RMD)<br><br>CLASS ACTION |
| TIMBER HILL LLC, *individually and on behalf of all others similarly situated*,<br><br>       Plaintiff,<br><br>  v.<br><br>THE KRAFT HEINZ COMPANY, *et al.*<br><br>       Defendants. | Case No. 19-2807 (RMD)<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF CAROL V. GILDEN**

I, Carol V. Gilden, declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

1. I am a Partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and I am a member in good standing of the bar of the State of Illinois and I am admitted to practice in the United States District Court for the Northern District of Illinois. I serve as counsel for the New York City Funds ("NYC").

2. Attached as **Exhibit A** is a true and correct copy of the Supplemental Declaration of Alan H. Kleinman.

3. Attached as **Exhibit B** is a true and correct copy of the April 26, 2019 article, "8 Firms Vie for Lead In $16B Kraft Heinz Stock-Drop Suit," published in *Law360*.

4. Attached as **Exhibit C** is a true and correct copy of the transcript of the May 1, 2019 hearing held before the Honorable Robert M. Dow, Jr. in *Hedick v. The Kraft Heinz Company, et al.*, Case No. 19-1339 (N.D. Ill.).

5. Attached as **Exhibit D** is a true and correct copy of the Notice of Errata to Supplement Filing filed in *Ciraulu v. American Realty Capital Properties, Inc., et al.*, Case No. 14-8659, Dkt. 54 (S.D.N.Y. Dec. 30, 2014).

6. Attached as **Exhibit E** is a true and correct copy of a May 20, 2019 screenshot of information displayed on the Bloomberg Professional Services terminal regarding The Kraft Foods Group.

7. Attached as **Exhibit F** is a true and correct copy of the July 2, 2015 4:09 pm EDT press release issued by The Kraft Heinz Company, "The Kraft Heinz Company Announces Successful Completion of the Merger between Kraft Foods Group and H.J. Heinz Holding Corporation."

- 3 -

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 22, 2019	            /s / Carol V. Gilden
                              Carol V. Gilden