# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GEORGE A. HEDICK, JR., et al. , <br><br> Plaintiff(s), <br><br> v. <br><br> THE KRAFT HEINZ COMPANY, et. al., <br><br> Defendant(s). | Case No. 19-cv-1339; <br> 19-cv-1845; <br> 19-cv-2807 <br><br> Judge Robert M. Dow |

## **ORDER**

For the reasons set forth above, the Court consolidates the above-captioned cases. The Court further grants the lead plaintiff motion of the AP7/Union Group [57] and approves the selection of Kessler Topaz Meltzer & Check, LLP and Bernstein Litowitz Berger & Grossmann LLP as co-lead counsel. The Court denies the remaining lead plaintiff motions [46; 49; 52; 61] in full. The AP7/Union Group's motion [106] for discovery, the AP7/Union Group's motion [114; 115] for leave to file a sur-reply, and the NYC Fund's motion [130] to take judicial notice are denied as moot. The motions to seal [103; 112; 117; 125; 129; 134] will be referred to a magistrate. The case is set for further status on October 22, 2019 at 9:00 a.m.


Date: 10/8/2019                                    /s/ Judge Dow