UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

George A. Hedick Jr., et al.
                                    Plaintiff,

v.                                                          Case No.: 1:19−cv−01339
                                                            Honorable Robert M. Dow Jr.

The Kraft Heinz Company, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 22, 2019:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held. Deadline for the amended complaint is 12/6/2019. The Court adopts the parties' proposed briefing schedule as discussed on the record. The Court will notify the parties if a hearing is necessary. Motions for leave to appear pro hac vice [156]; [157]; [158]; [159] are granted. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.