# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE HEDICK JR., Individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY, BERNARDO HEES, PAULO BASILIO, and DAVID H. KNOPF,<br><br>Defendants. | Case No. 1:19-cv-01339<br><br>The Honorable Robert M. Dow, Jr. |

## STIPULATION AND ORDER EXTENDING TIME TO FILE THE CONSOLIDATED CLASS ACTION COMPLAINT AND SETTING SUBSEQUENT BRIEFING DEADLINES

WHEREAS, on April 18, 2019, the Court entered a stipulation submitted by Plaintiff George Hedick, Jr. ("Hedick"), Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, and David Knopf (collectively, "Defendants") (the "Stipulation") [ECF No. 38];

WHEREAS, the Stipulation contemplated a schedule where lead plaintiff shall have 60 days after the entry of an order appointing lead plaintiff pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 et seq. to serve and file a consolidated class action complaint; Defendants shall have 60 days from the filing of a consolidated class action complaint to move or plead in response to the operative complaint; lead plaintiff shall have 60 days from the date that Defendants file such motion to file an opposition brief; and Defendants shall have 45 days from the date that lead plaintiff files the opposition brief to file a reply brief;

WHEREAS, the Court appointed Sjunde AP-Fonden and Union Asset Management Holding AG as Lead Plaintiffs and approved the selection of Kessler Topaz Melter & Check, LLP and Bernstein Litowitz Berger & Grossmann LLP as co-lead counsel on October 8, 2019 [ECF No. 58];

WHEREAS, pursuant to the Stipulation, Lead Plaintiffs' Consolidated Class Action Complaint (the "Complaint") is due on or before December 6, 2019;

WHEREAS, there have been no requests for an extension of time previously made in this matter;

WHEREAS, due to scheduling conflicts, Lead Plaintiffs request a brief extension of time to file the Complaint;

WHEREAS, Lead Plaintiffs have conferred with Defendants and Defendants do not object to the requested extension of time;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties through their respective counsel of record as follows:

1. Lead Plaintiffs shall file the Complaint on or before Monday, January 6, 2020.

2. Defendants shall have 60 days from the date the Complaint is filed to move to dismiss or file their answer to the Complaint.

3. Lead Plaintiffs shall have 60 days to file an opposition if Defendants move to dismiss the Complaint.

4. Defendants shall have 45 days from the date that Lead Plaintiffs file the opposition brief to file a reply brief.

Dated: November 26, 2019

*/s/ Salvatore J. Graziano*
**BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**
Salvatore J. Graziano (*pro hac vice*)
Katherine M. Sinderson (*pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
Telephone: (212) 554-1400
Email: salvatore@blbglaw.com
          katiem@blbglaw.com

*/s/ Andrew Ehrlich*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Daniel J. Kramer (*pro hac vice*)
Andrew Ehrlich (*pro hac vice*)
William A. Clareman (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: dkramer@paulweiss.com
          aehrlich@paulweiss.com
          wclareman@paulweiss.com

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Email: avi@blbglaw.com

**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
Sharan Nirmul (*pro hac vice*)
Richard A. Russo, Jr. (*pro hac vice*)
Nathan A Hasiuk (*pro hac vice*)
Stephanie Marie Grey (*pro hac vice*)
Lauren McGinley (*pro hac vice*)
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Email: snirmul@ktmc.com
　　　　rrusso@ktmc.com
　　　　nhasiuk@ktmc.com
　　　　sgrey@ktmc.com
　　　　lmcginley@ktmc.com

*Counsel for Lead Plaintiff and Co-Lead
 Counsel for the Class*

**JENNER & BLOCK LLP**
Howard Steven Suskin (Il. ARDC # 6185999)
Dean Nicholas Panos (Il. ARDC # 6203600)
Gabriel Gillett (Il. ARDC # 6328233)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Email: hsuskin@jenner.com
　　　　dpanos@jenner.com
　　　　ggillett@jenner.com com

*Counsel for Defendants The Kraft Heinz
 Company, Bernardo Hees, Paulo Basilio,
 and David H. Knopf*

*/s/ Sandra C. Goldstein*
**KIRKLAND & ELLIS LLP**
Sandra C. Goldstein (*pro hac vice)*
601 Lexington Avenue
Telephone: (212) 446-4800
New York, New York 10022
Email: sandra.goldstein@kirkland.com

Robert E. Earles (Il. ARDC #6308936)
300 North Lasalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Email: bobbyearles@kirkland.com

*Counsel for Defendant 3G Capital, Inc.*

**SO ORDERED: 12/2/2019**

_[signature]_

The Honorable Robert M. Dow, Jr.
United States District Judge