# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNION ASSET MANAGEMENT HOLDING AG and SJUNDE AP-FONDEN, <br><br> Plaintiffs, <br><br> v. <br><br> THE KRAFT HEINZ COMPANY, et al., <br><br> Defendants. | Civil Action No. 19-cv-01339 <br><br> Honorable Robert M. Dow, Jr. |

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff Sjunde AP-Fonden ("Plaintiff"), by its attorneys, hereby moves this Court for leave to withdraw the appearance of Stephanie M. Grey as one of the attorneys of record in this matter. In support of this Motion, Plaintiff states as follows:

1. Ms. Grey moved *pro hac vice* on behalf of Plaintiff on October 17, 2019 (Dkt. 158), and the Court granted her motion on October 22, 2019 (Dkt. 160);

2. Ms. Grey no longer represents Plaintiff with respect to the above-captioned matter;

3. Plaintiff will continue to be represented by counsel from Kessler Topaz Meltzer & Check, LLP; and

4. No party will be prejudiced if this Motion is granted.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion and enter an order granting leave to withdraw Stephanie M. Grey as attorney of record in this matter.

Dated: January 28, 2020          Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

/s/ Richard A. Russo, Jr.
Sharan Nirmul
Richard A. Russo, Jr.
Nathan A. Hasiuk
Lauren McGinley
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
rrusso@ktmc.com
nhasiuk@ktmc.com
lmcginley@ktmc.com

*Counsel for Co-Lead Plaintiff Sjunde AP-Fonden and Co-Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                              */s/ Richard A. Russo, Jr.*