## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNION ASSET MANAGEMENT HOLDING AG and SJUNDE AP-FONDEN, Individually, and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-01339 |
| | Honorable Robert M. Dow Jr. |
| Plaintiffs, | |
| v. | |
| THE KRAFT HEINZ COMPANY, 3G CAPITAL PARTNERS, 3G CAPITAL, INC., 3G GLOBAL FOOD HOLDINGS, L.P., 3G GLOBAL FOOD HOLDINGS GP LP, 3G CAPITAL PARTNERS LP, 3G CAPITAL PARTNERS II LP, 3G CAPITAL PARTNERS LTD., BERNARDO HEES, PAULO BASILIO, DAVID KNOPF, ALEXANDRE BEHRING, GEORGE ZOGHBI, and RAFAEL OLIVEIRA, | |
| Defendants. | |

### UNCONTESTED MOTION TO AMEND CAPTION OF CONSOLIDATED CASES

Lead Plaintiffs Sjunde AP-Fonden ("AP7") and Union Asset Management Holding AG ("Union") (collectively, "Lead Plaintiffs") and named Plaintiff Booker Enterprises Pty Ltd. (together with Lead Plaintiffs, "Plaintiffs"), through their undersigned counsel, move this Court to amend the caption of the Consolidated Cases.

On October 18, 2019, the Court issued an order consolidating the above-captioned action with the related actions, *Iron Workers District Council (Philadelphia and Vicinity) Ret. and Pension Plan, et al. v. The Kraft Heinz Co. et al.*, Case No. 19-cv-1845 and *Timber Hill LLC v. The Kraft Heinz Co. et al.*, Case No. 19-cv-2807 (ECF No. 149) (collectively, "Consolidated Cases").

On January 6, 2020, Plaintiffs filed the Consolidated Class Action Complaint against Defendants The Kraft Heinz Company, 3G Capital Partners, 3G Capital, Inc., 3G Global Food Holdings, L.P., 3G Global Food Holdings GP LP, 3G Capital Partners LP, 3G Capital Partners II LP, 3G Capital Partners Ltd., Bernardo Hees, Paulo Basilio, David Knopf, Alexandre Behring, George Zoghbi, and Rafael Oliveira (collectively, "Defendants") (ECF No. 179).

Counsel for Plaintiffs conferred with counsel for Defendants regarding the motion to amend the consolidated case caption and Defendants do not oppose this motion.

Plaintiffs respectfully request that this Court grant their motion to amend the caption of the Consolidated Cases and to so order the attached Stipulation and [PROPOSED] Order Regarding Consolidated Caption.

Dated: February 13, 2020

Respectfully submitted,

*/s/ Salvatore J. Graziano*

Salvatore J. Graziano (*pro hac vice*)
Katherine M. Sinderson (*pro hac vice*)
Abe Alexander (*pro hac vice*)
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: salvatore@blbglaw.com
katiem@blbglaw.com
abe.alexander@blbglaw.com

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
Email: avi@blbglaw.com

*Counsel for Co-Lead Plaintiff Union Asset Management Holding AG and Co-Lead Counsel for the Class*

**KESSLER TOPAZ MELTZER & CHECK LLP**
Sharan Nirmul
Richard A. Russo, Jr. (*pro hac vice*)
Nathan A. Hasiuk (*pro hac vice*)
Lauren McGinley (*pro hac vice*)
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: snirmul@ktmc.com
       rrusso@ktmc.com
       nhasiuk@ktmc.com
       lmcginley@ktmc.com

*Counsel for Co-Lead Plaintiff Sjunde AP-Fonden and additional named Plaintiff Booker Enterprises Pty Ltd. and Co-Lead Counsel for the Class*

3