UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNION ASSET MANAGEMENT HOLDING AG and SJUNDE AP-FONDEN, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY, 3G CAPITAL PARTNERS, 3G CAPITAL, INC., 3G GLOBAL FOOD HOLDINGS, L.P., 3G GLOBAL FOOD HOLDINGS GP LP, 3G CAPITAL PARTNERS LP, 3G CAPITAL PARTNERS II LP, 3G CAPITAL PARTNERS LTD., BERNARDO HEES, PAULO BASILIO, DAVID KNOPF, ALEXANDRE BEHRING, GEORGE ZOGHBI, and RAFAEL OLIVEIRA,<br><br>Defendants. | Case No. 1:19-cv-01339<br><br>Honorable Robert M. Dow Jr. |

## STIPULATION AND ORDER
## REGARDING CONSOLIDATED CAPTION

WHEREAS, on October 18, 2019, the Court issued an order consolidating the above-captioned action with the related actions, *Iron Workers District Council (Philadelphia and Vicinity) Ret. and Pension Plan, et al. v. The Kraft Heinz Co. et al.*, Case No. 19-cv-1845 and *Timber Hill LLC v. The Kraft Heinz Co. et al.*, Case No. 19-cv-2807 (ECF No. 149);

WHEREAS, on January 6, 2020, Lead Plaintiffs Union Asset Management Holding AG and Sjunde AP-Fonden, and additional named Plaintiff Booker Enterprises Pty Ltd. ("Plaintiffs") filed the Consolidated Class Action Complaint against Defendants The Kraft Heinz Company, 3G Capital Partners, 3G Capital, Inc., 3G Global Food Holdings, L.P., 3G Global Food Holdings GP LP, 3G Capital Partners LP, 3G Capital Partners II LP, 3G Capital Partners Ltd., Bernardo Hees,

Paulo Basilio, David Knopf, Alexandre Behring, George Zoghbi, and Rafael Oliveira ("Defendants") (ECF No. 179);

WHEREAS, counsel for Plaintiffs have conferred with counsel for Defendants regarding a consolidated case caption;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties through their respective counsel of record as follows:

1. Every pleading in this consolidated action shall have the following caption:

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 1:19-cv-01339<br><br>Honorable Robert M. Dow Jr. |

Dated: February 13, 2020                                                    Respectfully submitted,

*/s/ Andrew J. Ehrlich*                                                         */s/ Richard A. Russo, Jr.*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Daniel J. Kramer (*pro hac vice*)
Andrew J. Ehrlich (*pro hac vice*)
William A. Clareman (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: dkramer@paulweiss.com
          aehrlich@paulweiss.com
          wclareman@paulweiss.com

**JENNER & BLOCK LLP**
Howard Steven Suskin (Il. ARDC # 6185999)
Dean Nicholas Panos (Il. ARDC # 6203600)
Gabriel Gillett (Il. ARDC # 6328233)
353 N. Clark Street
Chicago, Illinois 60654

**KESSLER TOPAZ MELTZER & CHECK LLP**
Sharan Nirmul
Richard A. Russo, Jr. (*pro hac vice*)
Nathan A. Hasiuk (*pro hac vice*)
Lauren McGinley (*pro hac vice*)
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: snirmul@ktmc.com
          rrusso@ktmc.com
          nhasiuk@ktmc.com
          lmcginley@ktmc.com

*Counsel for Co-Lead Plaintiff Sjunde AP-Fonden and additional named Plaintiff Booker Enterprises Pty Ltd. and Co-Lead Counsel for the Class*

Telephone: (312) 222-9350
Email: hsuskin@jenner.com
  dpanos@jenner.com
  ggillett@jenner.com com

*Counsel for Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, David H. Knopf, Alexandre Behring, George Zoghbi, and Rafael Oliveira*

*/s/ Sandra C. Goldstein*
**KIRKLAND & ELLIS LLP**
Sandra C. Goldstein (*pro hac vice)*
601 Lexington Avenue
Telephone: (212) 446-4800
New York, New York 10022
Email: sandra.goldstein@kirkland.com

Robert E. Earles (Il. ARDC #6308936)
300 North Lasalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Email: bobbyearles@kirkland.com

*Counsel for Defendant 3G Capital Partners, 3G Capital, Inc., 3G Global Food Holdings, L.P., 3G Global Food Holdings GP LP, 3G Capital Partners LP, 3G Capital Partners II LP, 3G Capital Partners Ltd.*

*/s/ Salvatore J. Graziano*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
Email: avi@blbglaw.com

-and-

Salvatore J. Graziano (*pro hac vice*)
Katherine M. Sinderson (*pro hac vice*)
Abe Alexander (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: salvatore@blbglaw.com
  katiem@blbglaw.com
  abe.alexander@blbglaw.com

*Counsel for Co-Lead Plaintiff Union Asset Management Holding AG and Co-Lead Counsel for the Class*

**SO ORDERED**:

_____
The Honorable Robert M. Dow, Jr.
United States District Judge

Date: February 18, 2020

3