**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 1:19-cv-01339<br><br>The Hon. Robert M. Dow, Jr. |

**MOTION TO DISMISS**
**THE CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*, and upon the accompanying memorandum of law and exhibits, Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, David Knopf, Alexandre Behring, George Zoghbi, and Rafael Oliveira respectfully move the Court to dismiss Plaintiffs' Consolidated Class Action Complaint dated January 6, 2020 in its entirety and with prejudice. Additionally, the Defendants request the opportunity to present oral argument on this motion.

March 6, 2020

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

/s/  Daniel J. Kramer
Daniel J. Kramer  (pro hac vice)
Andrew J. Ehrlich (pro hac vice)
William A. Clareman (pro hac vice)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  212-373-3000
Facsimile:  212-373-3990
dkramer@paulweiss.com
aehrlich@paulweiss.com
wclareman@paulweiss.com

-and-

**JENNER & BLOCK LLP**

Dean N. Panos (Il. ARDC #6203600)
Howard S. Suskin (Il. ARDC #6185999)
Gabriel K. Gillett (Il. ARDC #6328233)
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:  312-222-9350
Facsimile:  312-527-0484
dpanos@jenner.com
hsuskin@jenner.com
ggillett@jenner.com

*Attorneys for Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, David Knopf, Alexandre Behring, George Zoghbi, and Rafael Oliveira*

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, I electronically filed the foregoing Motion to Dismiss the Consolidated Class Action Complaint with the Clerk of the Court through the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ Daniel J. Kramer
Daniel J. Kramer