**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNION ASSET MANAGEMENT HOLDING AG AND SJUNDE AP-FONDEN, Individually, and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-01339 |
| Plaintiffs, | ECF Case |
| - v. - | The Hon. Robert M. Dow, Jr. |
| THE KRAFT HEINZ COMPANY, et al., | |
| Defendants. | |

**MOTION TO DISMISS**
**THE CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*, and upon the accompanying memorandum of law and exhibits, Defendants 3G Capital Partners, 3G Capital, Inc., 3G Global Food Holdings, L.P., 3G Global Food Holdings GP LP, 3G Capital Partners LP, 3G Capital Partners II LP, and 3G Capital Partners Ltd. respectfully move the Court to dismiss Plaintiffs' Consolidated Class Action Complaint dated January 6, 2020 in its entirety and with prejudice. Additionally, at the conclusion of the briefing on this motion, as so ordered by the Court, the Defendants request the opportunity to present oral argument on this motion.

| | |
|---|---|
| Date: New York, New York<br>      March 6, 2020 | Respectfully submitted,<br><br>**KIRKLAND & ELLIS LLP**<br><br>/s/ *Robert E. Earles*<br>Robert E. Earles (Il. ARDC #6308936)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>bobby.earles@kirkland.com<br><br>*/s/ Sandra C. Goldstein*<br>Sandra C. Goldstein, P.C. (*pro hac vice*)<br>Stefan Atkinson, P.C. (*pro hac vice*)<br>Kevin M. Neylan, Jr. (*pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>sandra.goldstein@kirkland.com<br>stefan.atkinson@kirkland.com<br>kevin.neylan@kirkland.com<br><br>*Counsel for 3G Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, I electronically filed the foregoing Motion to Dismiss the Consolidated Class Action Complaint with the Clerk of the Court through the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *Robert E. Earles*