UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNION ASSET MANAGEMENT HOLDING AG AND SJUNDE AP-FONDEN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>THE KRAFT HEINZ COMPANY, et al.,<br><br>                Defendant. | Case No. 1:19-cv-01339<br><br>ECF Case<br><br>Honorable Robert M. Dow, Jr. |
| RICHARD MERRITTS, derivatively on behalf of THE KRAFT HEINZ COMPANY,<br><br>                Plaintiff,<br><br>    vs.<br><br>3G CAPITAL, INC., et al.,<br><br>                Defendants.<br><br>        – and –<br><br>THE KRAFT HEINZ COMPANY,<br><br>                Nominal Defendant. | Case No. 1:20-cv-02071<br><br>Honorable Martha M. Pacold |

[Caption continued on following page.]

**PLAINTIFF STEPHEN SILVERMAN'S MOTION TO REASSIGN AND CONSOLIDATE RELATED ACTIONS AND TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL**

| | |
|---|---|
| DALE WATERS, Derivatively on Behalf of Nominal Defendant THE KRAFT HEINZ COMPANY, | ) Case No. 1:20-cv-02072 )<br>) Honorable Harry D. Leinenweber |
| Plaintiff, | ) |
| vs. | ) |
| ALEXANDER BEHRING, et al., | ) |
| Defendants. | ) |
| – and – | ) |
| THE KRAFT HEINZ COMPANY, | ) |
| Nominal Defendant. | ) |
| In re KRAFT HEINZ SHAREHOLDER DERIVATIVE LITIGATION | ) Case No. 1:20-cv-02259 )<br>) Honorable Virginia M. Kendall |
| STEVEN HILL, Derivatively on Behalf of THE KRAFT HEINZ COMPANY, | ) Case No. 1:20-cv-02280 )<br>) Honorable John J. Tharp, Jr. |
| Plaintiff, | ) |
| vs. | ) |
| GREGORY E. ABEL, et al., | ) |
| Defendants. | ) |
| – and – | ) |
| THE KRAFT HEINZ COMPANY, | ) |
| Nominal Defendant. | ) |

Plaintiff Stephen Silverman in the above-captioned *In re Kraft Heinz S'holder Derivative Litig.*, No. 1:20-cv-02259 (N.D. Ill.), together with plaintiffs Vladimir Gusinsky Revocable Trust, Charlotte Hays, Ian Green and Steven Hill, by and through their undersigned counsel, respectfully move this Court for an Order: (1) finding the cases of *In re Kraft Heinz S'holder Deriv. Litig.*, 1:20-cv-02259 (N.D. Ill.) and *Hill v. Abel, et al.*, 1:20-cv-02280 (N.D. Ill.) (the "Related Cases") are related to *In re Kraft Heinz Sec. Litig.*, No. 1:19-cv-01339, pending before this Court, and reassigning the Related Cases to this Court's calendar pursuant to Local Rule 40.4; (2) consolidating the Related Cases with *Merritts v. 3G Capital, Inc., et al.*, 1:20-cv-02071 (N.D. Ill.) and *Waters v. Behring, et al.*, 1:20-cv-02072 (N.D. Ill.) (collectively, the "Derivative Cases") pursuant to Federal Rule of Civil Procedure 42(a); (3) appointing Stephen Silverman as Lead Plaintiff; and (4) appointing Robbins Geller Rudman & Dowd LLP as Lead Counsel (the "Motion"). The Motion is based on the accompanying memorandum in support of the Motion, the exhibits attached thereto, the argument of counsel, if any, and such additional matters as the Court may properly consider in connection with the Motion.

DATED: April 17, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar # 6310011)

*s/ Frank A. Richter*
FRANK A. RICHTER

200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
BENNY C. GOODMAN III
ERIK W. LUEDEKE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
drobbins@rgrdlaw.com
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL JR.
40 Powder Springs Street
Marietta, GA 30064
Telephone: 470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com

LAW OFFICE OF ALFRED G.
  YATES, JR., P.C.
ALFRED G. YATES, JR.
300 Mt. Lebanon Blvd., Suite 206-B
Pittsburgh, PA 15234
Telephone: 412/391-5164
412/471-1033 (fax)
yateslaw@aol.com

*Counsel for Stephen Silverman and Charlotte Hays*

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
JAMES M. FICARO
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: 610/225-2677
610/408-8062 (fax)
rw@weiserlawfirm.com
jmf@weiserlawfirm.com

- 2 -

RM LAW P.C.
RICHARD A. MANISKAS
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: 484/324-6800
rmaniskas@rmclasslaw.com

*Counsel for Plaintiff Vladimir Gusinsky Revocable Trust*

ROBBINS LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
STEVEN R. WEDEKING
5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
brobbins@robbinsllp.com
csmith@robbinsllp.com
swedeking@robbinsllp.com

*Counsel for Plaintiff Ian Green*

CARLSON LYNCH, LLP
KYLE A. SHAMBERG
KATRINA CARROLL
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: 312/750-1265
kcarroll@carlsonlynch.com
kshamberg@carlsonlynch.com

GAINEY McKENNA & EGLESTON
THOMAS J. MCKENNA
GREGORY M. EGLESTON
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: 212/983-1300
212/983-0383 (fax)
tjmckenna@gme-law.com
gegleston@gme-law.com

*Counsel for Plaintiff Steven Hill*

- 3 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 17, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Frank A. Richter*
FRANK A. RICHTER

ROBBINS GELLER RUDMAN
  & DOWD LLP
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
frichter@rgrdlaw.com

Cases\4822-7373-2026.v2-4/17/20

# Mailing Information for a Case 1:19-cv-01339 Hedick v. Kraft Heinz Company et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Abe Alexander**
  Abe.Alexander@blbglaw.com,MichaelB@blbglaw.com,Khristine.DeLeon@blbglaw.com,managingclerk@blbglaw.com,Scott.Foglietta@blbglaw.com,Matthew.Mahad

- **Naumon A Amjed**
  namjed@ktmc.com,4980043420@filings.docketbird.com,mswift@ktmc.com

- **Stefan Howard Atkinson**
  stefan.atkinson@kirkland.com

- **Jonathan Christian Bunge**
  jonathanbunge@quinnemanuel.com,amandamcguire@quinnemanuel.com,calendar@quinnemanuel.com

- **Robert N Cappucci**
  rcappucci@entwistle-law.com,sriegert@entwistle-law.com

- **William A. Clareman**
  wclareman@paulweiss.com,mao_fednational@paulweiss.com

- **Alan Francis Curley**
  acurley@robinsoncurley.com,nkaspar@robinsoncurley.com,nball@robinsoncurley.com

- **C. Philip Curley**
  pcurley@robinsoncurley.com,nkaspar@robinsoncurley.com,nball@robinsoncurley.com

- **Robert E. Earles**
  bobby.earles@kirkland.com

- **Andrew Ehrlich**
  aehrlich@paulweiss.com,mao_fednational@paulweiss.com

- **Andrew J Entwistle**
  aentwistle@entwistle-law.com,RArnall@Entwistle-Law.com,asher@entwistle-law.com,BBrodeur@Entwistle-Law.com,efilings@entwistle-law.com

- **Robert C Finkel**
  rfinkel@wolfpopper.com,fqian@wolfpopper.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com,afarra@cohenmilstein.com,eberelovich@cohenmilstein.com,jreiser@cohenmilstein.com,lhoeksema@cohenmilstein.com,lposner@cohenm

- **Gabriel Gillett**
  GGillett@jenner.com,docketing@jenner.com

- **Sandra C Goldstein**
  sandra.goldstein@kirkland.com,sandra-goldstein-3843@ecf.pacerpro.com,kenymanagingclerk@kirkland.com,michelle.denny@kirkland.com

- **Salvatore J. Graziano**
  Salvatore@blbglaw.com,managingclerk@blbglaw.com

- **Nathan A Hasiuk**
  nhasiuk@ktmc.com,5519791420@filings.docketbird.com

- **George A. Hedick, Jr**
  geobobb@msn.com

- **Claire Gorman Kenny**
  cgkenny@mgklaw.com,arodriguez@mgklaw.com

- **Phillip C Kim**
  pkim@rosenlegal.com

- **Daniel J Kramer**
  dkramer@paulweiss.com,mao_fednational@paulweiss.com

- **Carl V. Malmstrom**
  malmstrom@whafh.com

- **Lauren McGinley**
  lmcginley@ktmc.com,6996313420@filings.docketbird.com

- **Michael H. Moirano**
  mmoirano@mgklaw.com,arodriguez@mgklaw.com

- **Kevin Michael Neylan**
  kevin.neylan@kirkland.com

- **Sharan Nirmul**
  snirmul@ktmc.com,gcastaldo@ktmc.com,7363952420@filings.docketbird.com,3369561420@filings.docketbird.com,mswift@ktmc.com,lhindmarsh@ktmc.

- **Dean Nicholas Panos**
  dpanos@jenner.com,KAlbert@jenner.com,docketing@jenner.com,jmerkouris@jenner.com

- **Laura Helen Posner**
  lposner@cohenmilstein.com

- **Julie Goldsmith Reiser**
  jreiser@cohenmilstein.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com

- **Sean Michael Riegert**
  sriegert@entwistle-law.com

- **John Michael Robinson**
  johnrobinson@quinnemanuel.com,calendar@quinnemanuel.com,carmenkerkstra@quinnemanuel.com

- **Richard A. Russo , Jr**
  rrusso@ktmc.com,6902234420@filings.docketbird.com

- **Andrew Mitchell Sher**
  asher@entwistle-law.com

- **Katherine M. Sinderson**
  KatieM@blbglaw.com,Michelle.Leung@blbglaw.com,Preya.Gopaul@blbglaw.com

- **Howard Steven Suskin**
  hsuskin@jenner.com,docketing@jenner.com

- **Thomas A. Zimmerman , Jr**
  tom@attorneyzim.com,judy@attorneyzim.com,firm@attorneyzim.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert             C. Finkel
Wolf Popper, LLP
845 Third Avenue
12th Floor
New York, NY 10022

Laurence           Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10116
```