# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 1:19-cv-01339<br><br>Honorable Robert M. Dow, Jr. |
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY, 3G CAPITAL PARTNERS, 3G CAPITAL, INC., 3G GLOBAL FOOD HOLDINGS, L.P., 3G GLOBAL FOOD HOLDINGS GP LP, 3G CAPITAL PARTNERS LP, 3G CAPITAL PARTNERS II LP, 3G CAPITAL PARTNERS LTD., BERNARDO HEES, PAULO BASILIO, and ALEXANDRE BEHRING,<br><br>Defendants. | Case No. 1:20-cv-01970<br><br>Honorable Sharon Johnson Coleman |

## STIPULATION AND [PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASE AND VACATE PSLRA NOTICE

WHEREAS, on February 24, 2019, an initial complaint in the above-captioned consolidated securities class action (the "Consolidated Action") was filed, asserting a class period of May 4, 2017 through February 21, 2019, inclusive, ECF No. 1;

WHEREAS, on February 24, 2019, a notice pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u–4, was issued;

WHEREAS, subsequent class actions were filed in *Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan, et al. v. The Kraft Heinz Co. et al.*, Case No. 19-cv-1845 and *Timber Hill LLC v. The Kraft Heinz Co. et al.*, Case No. 19-cv-2807, asserting class periods of July 6, 2015 through February 21, 2019;

WHEREAS, various movants filed motions to be appointed as lead plaintiffs and consolidate the related class actions, ECF Nos. 40, 46, 49, 52, 57, and 61;

WHEREAS, on October 8, 2019, the Court issued an order consolidating the related actions and appointing Sjunde AP-Fonden ("AP7") and Union Asset Management Holding AG ("Union") (together, "Lead Plaintiffs") as Lead Plaintiffs in the Consolidated Action ("Lead Plaintiff Order"), ECF No. 149;

WHEREAS, on January 6, 2020, Lead Plaintiffs and additional named Plaintiff Booker Enterprises Pty Ltd. filed the Consolidated Class Action Complaint, asserting a class period of November 5, 2015 to August 7, 2019, inclusive (the "Class Period"), ECF No. 179;

WHEREAS, on March 25, 2020, plaintiff in *City of Hollywood Police Officers' Retirement System v. The Kraft Heinz Co.*, No. 1:20-cv-1970-SJC (N.D. Ill. Mar. 25, 2020) ("Hollywood Police Action") filed a related putative class action asserting claims for a class period of July 2, 2015 to November 4, 2015, inclusive, ECF No. 1;

WHEREAS, on March 28, 2020, plaintiff in the Hollywood Police Action issued a notice pursuant to the PSLRA for anyone seeking to be appointed lead plaintiff in that action to file a motion for appointment by May 27, 2020;

WHEREAS, by motion dated April 3, 2020 ("the Motion"), Lead Plaintiffs moved to (i) consolidate the Hollywood Police Action with the Consolidated Action, and (ii) vacate the PSLRA notice issued by plaintiff in the Hollywood Police Action, ECF No. 223;

WHEREAS, Lead Plaintiffs and plaintiff in the Hollywood Police Action agree that the Hollywood Police Action should be consolidated with the Consolidated Action, and the Hollywood Police Action PSLRA notice should be vacated; and

WHEREAS, plaintiff in the Hollywood Police Action does not intend to prosecute the Hollywood Police Action as a class action.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**:

1. Pursuant to Fed. R. Civ. P. 42(a), *City of Hollywood Police Officers' Retirement System v. The Kraft Heinz Co.*, No. 1:20-cv-1970-SJC, is hereby consolidated with *In re Kraft Heinz Securities Litigation*, No. 1:19-cv-1339.

2. The PSLRA notice published by City of Hollywood Police Officers' Retirement System, through its counsel, on or about March 28, 2020, is hereby vacated.

3. Within two business days following entry of this Stipulation and [Proposed] Order by the Court, plaintiff in the Hollywood Police Action shall issue a public notice notifying all investors that the previously issued PSLRA notice and any deadlines set forth in that notice, are vacated.

Dated: April 22, 2020     Respectfully submitted,

| | |
|---|---|
| */s/ Sharan Nirmul* | */s/ Andrew Ehrlich* |
| **KESSLER TOPAZ MELTZER & CHECK, LLP** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| Sharan Nirmul (# 90751) | Daniel J. Kramer (*pro hac vice*) |
| Richard A. Russo, Jr. (*pro hac vice*) | Andrew Ehrlich (*pro hac vice*) |
| Nathan A Hasiuk (*pro hac vice*) | William A. Clareman (*pro hac vice*) |
| Lauren McGinley (*pro hac vice*) | 1285 Avenue of the Americas |
| 280 King of Prussia Road | New York, New York 10019 |
| Radnor, Pennsylvania 19087 | Telephone: (212) 373-3000 |
| Telephone: (610) 667-7706 | Email: dkramer@paulweiss.com |
| Email: snirmul@ktmc.com | aehrlich@paulweiss.com |
| rrusso@ktmc.com | wclareman@paulweiss.com |
| nhasiuk@ktmc.com | |

3

lmcginley@ktmc.com

*Counsel for Co-Lead Plaintiff Sjunde AP-Fonden and additional named Plaintiff Booker Enterprises Pty Ltd. and Co-Lead Counsel for the Class*

*/s/ Salvatore J. Graziano*
Salvatore J. Graziano (*pro hac vice*)
Katherine M. Sinderson (*pro hac vice*)
Abe Alexander (*pro hac vice*)
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: salvatore@blbglaw.com
       katiem@blbglaw.com
       abe.alexander@blbglaw.com

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
Email: avi@blbglaw.com

*Counsel for Co-Lead Plaintiff Union Asset Management Holding AG and Co-Lead Counsel for the Class*

*/s/ Deborah A. Elman*
**GRANT & EISENHOFER P.A.**
Deborah A. Elman (# 4305264)
Daniel L. Berger (*pro hac vice* application forthcoming)
Caitlin M. Moyna (*pro hac vice* application forthcoming)
485 Lexington Avenue 29th Floor
New York, NY 10017
phone: +1 646 722 8500
fax: +1 646 722 8501
Email: delman@gelaw.com
       dberger@gelaw.com
       cmoyna@gelaw.com

**JENNER & BLOCK LLP**
Howard Steven Suskin (Il. ARDC # 6185999)
Dean Nicholas Panos (Il. ARDC # 6203600)
Gabriel Gillett (Il. ARDC # 6328233)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Email: hsuskin@jenner.com
       dpanos@jenner.com
       ggillett@jenner.com com

*Counsel for Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, and David H. Knopf*

*/s/ Sandra C.Goldstein*
**KIRKLAND & ELLIS LLP**
Sandra C. Goldstein (*pro hac vice*)
601 Lexington Avenue
Telephone: (212) 446-4800
New York, New York 10022
Email: sandra.goldstein@kirkland.com

Robert E. Earles (Il. ARDC #6308936)
300 North Lasalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Email: bobby.earles@kirkland.com

*Counsel for Defendant 3G Capital, Inc.*

4

Karyn L. Bass Ehler (# 6285713)
30 N. LaSalle Street Suite 2350
Chicago, IL 60602
phone: +1 312 610 5350
fax: +1 312 214 0001
Email: kbassehler@gelaw.com

*Counsel for the City of Hollywood Police Officers' Retirement System*

**SO ORDERED**.

DATED: _____

                                                THE HONORABLE ROBERT M. DOW, JR.
                                                UNITED STATES DISTRICT JUDGE