**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 19-cv-01339<br><br>The Honorable Robert M. Dow, Jr. |

**STIPULATION AND [PROPOSED] ORDER REGARDING THE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND MODIFICATION OF THE SUBSEQUENT BRIEFING DEADLINES**

WHEREAS, on December 2, 2019, the Court entered a stipulation submitted by Lead Plaintiffs Sjunde AP-Fonden ("AP7") and Union Asset Management Holding AG ("Union") (collectively, "Lead Plaintiffs"), Defendants The Kraft Heinz Company ("Kraft Heinz"), Bernardo Hees, Paulo Basilio and David Knopf, and Defendant 3G Capital, Inc., through their undersigned counsel (the "Stipulation") [ECF No. 175];

WHEREAS, on January 6, 2020, Lead Plaintiffs filed the Consolidated Class Action Complaint (the "Complaint") [ECF No. 179];

WHEREAS, on March 6, 2020, Defendants Kraft Heinz, Bernardo Hees, Paulo Basilio, David Knopf, Alexandre Behring, George Zoghbi, Rafael Oliveira, 3G Capital Partners, 3G Capital, Inc., 3G Global Food Holdings, L.P., 3G Global Food Holdings GP LP, 3G Capital Partners LP, 3G Capital Partners II LP, and 3G Capital Partners Ltd. ("Defendants"), filed their Motions to Dismiss the Consolidated Class Complaint [ECF Nos. 215; 217];

WHEREAS, on May 15, 2020, Kraft Heinz filed a proposed amended public version of a shareholder derivative complaint filed by one of the co-lead plaintiffs in *In re The Kraft Heinz Co. Derivative Litigation*, No. 2019-0587-AGB (Del. Ch.) ("Delaware Action"). The proposed amended public version unsealed certain of that plaintiff's allegations derived from documents produced by Kraft Heinz pursuant to 8 Del. C. § 220;

WHEREAS, Lead Plaintiffs move this Court to amend the Consolidated Class Action Complaint in view of these newly unsealed allegations in the Delaware Action;

WHEREAS, Lead Plaintiffs have conferred with counsel for Defendants, and Defendants do not object to Lead Plaintiffs amending the Complaint, but advised Lead Plaintiffs of their position that dismissal following Defendants' renewed motion should be with prejudice, in light of the amendment following Defendants' initial motion to dismiss. Lead Plaintiffs advised Defendants that they disagreed with Defendants' position and informed Defendants of Lead Plaintiffs' position that Lead Plaintiffs are entitled to amend their pleading as a matter of course under Rule 15(a)(1)(B);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties through their respective counsel of record as follows:

1. Lead Plaintiffs shall file the First Amended Consolidated Class Action Complaint (the "Amended Complaint") 45 days from the entry of this Order.

2. Defendants shall have 45 days from the date the Amended Complaint is filed to move to dismiss or file their answer to the Amended Complaint.

3. Lead Plaintiffs shall have 45 days to file an opposition if Defendants move to dismiss the Amended Complaint.

4. Defendants shall have 21 days from the date that Lead Plaintiffs file the opposition brief to file a reply brief.

Dated: June 15, 2020

*/s/ Salvatore J. Graziano*  
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
Katherine M. Sinderson (*pro hac vice*)
Abe Alexander (*pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
Telephone: (212) 554-1400

*/s/ Daniel J. Kramer*  
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Daniel J. Kramer (*pro hac vice*)
Andrew Ehrlich (*pro hac vice*)
William A. Clareman (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000

Email: salvatore@blbglaw.com
      katiem@blbglaw.com
      abe.alexander@blbglaw.com

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Email: avi@blbglaw.com

*Counsel for Co-Lead Plaintiff Union Asset Management Holding AG and Co-Lead Counsel for the Class*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Sharan Nirmul (*pro hac vice*)
Richard A. Russo, Jr. (*pro hac vice*)
Nathan A Hasiuk (*pro hac vice*)
Lauren McGinley (*pro hac vice*)
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Email: snirmul@ktmc.com
      rrusso@ktmc.com
      nhasiuk@ktmc.com
      lmcginley@ktmc.com

*Counsel for Co-Lead Plaintiff Sjunde AP-Fonden and additional named Plaintiff Booker Enterprises Pty Ltd. and Co-Lead Counsel for the Class*

Email: dkramer@paulweiss.com
      aehrlich@paulweiss.com
      wclareman@paulweiss.com

**JENNER & BLOCK LLP**
Dean Nicholas Panos (Il. ARDC # 6203600)
Howard Steven Suskin (Il. ARDC # 6185999)
Gabriel K. Gillett (Il. ARDC # 6328233)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Email: hsuskin@jenner.com
      dpanos@jenner.com
      ggillett@jenner.com com

*Counsel for Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, David Knopf, Alexandre Behring, George Zoghbi, and Rafael Oliveira*

*/s/ Sandra C. Goldstein*
**KIRKLAND & ELLIS LLP**
Sandra C. Goldstein (*pro hac vice*)
Stefan Atkinson, P.C. (*pro hac vice*)
Kevin M. Neylan, Jr. (*pro hac vice*)
601 Lexington Avenue
Telephone: (212) 446-4800
New York, New York 10022
Email: sandra.goldstein@kirkland.com
      stefan.atkinson@kirkland.com
      kevin.neylan@kirkland.com

Robert E. Earles (Il. ARDC #6308936)
300 North Lasalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Email: bobbyearles@kirkland.com

*Counsel for Defendants 3G Capital Partners, 3G Capital, Inc., 3G Global Food Holdings, L.P., 3G Global Food Holdings GP LP, 3G Capital Partners LP, 3G Capital Partners II LP, and 3G Capital Partners Ltd.*

3

**SO ORDERED:**

_____
The Honorable Robert M. Dow, Jr.
United States District Judge

4