Case: 1:19-cv-01339 Document #: 263 Filed: 06/18/20 Page 1 of 1 PageID #:11026

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

George A. Hedick Jr., et al.

                                     Plaintiff,

v.                                                                     Case No.: 1:19–cv–01339
                                                                    Honorable Robert M. Dow Jr.

The Kraft Heinz Company, et al.

                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 18, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiffs' uncontested motion to set briefing schedule [262] is granted. Briefing on Plaintiffs' motion for limited relief from the automatic discovery stay will proceed as follows: Plaintiffs will file their motion on 6/19/2020; Defendants will file their response on 7/7/2020; Plaintiffs will file their reply on 7/14/2020. After reviewing the briefs, the Court will either issue a ruling by mail or set the matter for a hearing. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.