# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

George A. Hedick Jr., et al.

Plaintiff,

v.

The Kraft Heinz Company, et al.

Defendant.

Case No.: 1:19−cv−01339
Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 30, 2020:

MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiffs' motion [261] to amend the consolidated class action complaint and to modify subsequent briefing deadlines is granted. Plaintiffs shall file their First Amended Consolidated Class Action Complaint on or before August 14, 2020. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.