UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

George A. Hedick Jr., et al.

                          Plaintiff,

v.                                                             Case No.: 1:19–cv–01339
                                                             Honorable Robert M. Dow Jr.

The Kraft Heinz Company, et al.

                          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, February 2, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Defendants' motion to submit notice of supplemental authority [299] is granted. Any party that wishes to respond to the notice of supplemental authority may file a short memorandum of no more than 2 pages (exclusive of caption and signature blocks) no later than 2/9/2021. Emailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.