**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 1:19-cv-01339<br><br>Honorable Robert M. Dow Jr. |

## NOTICE OF AGREED MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER

PLEASE TAKE NOTICE that on August 27, 2021, at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, David Knopf, Alexandre Behring, George Zoghbi, Rafael Oliveira, 3G Capital Partners, 3G Capital, Inc., 3G Global Food Holdings, L.P., 3G Global Food Holdings GP LP, 3G Capital Partners LP, 3G Capital Partners II LP, and 3G Capital Partners Ltd. (collectively, "Defendants"), and Lead Plaintiffs Union Asset Management Holding AG and Sjunde AP-Fonden ("Plaintiffs," and together with Defendants, "the Parties"), shall appear before the Honorable Robert M. Dow, Jr. in Courtroom 2303 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present their Agreed Motion To Extend Defendants' Time To Answer.

Dated: August 24, 2021

*/s/ Dean N. Panos*
**JENNER & BLOCK LLP**
Dean N. Panos (Il. ARDC # 6203600)
Howard S. Suskin (Il. ARDC # 6185999)
Gabriel K. Gillett (Il. ARDC # 6328233)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Email: hsuskin@jenner.com
  dpanos@jenner.com
  ggillett@jenner.com

*Local counsel for Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, David H. Knopf, Alexandre Behring, George Zoghbi, and Rafael Oliveira*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Daniel J. Kramer (*pro hac vice*)
Andrew Ehrlich (*pro hac vice*)
William A. Clareman (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: dkramer@paulweiss.com
  aehrlich@paulweiss.com
  wclareman@paulweiss.com

*Counsel for Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, David H. Knopf, Alexandre Behring, George Zoghbi, and Rafael Oliveira*

*/s/ Sandra C. Goldstein*
**KIRKLAND & ELLIS LLP**
Sandra C. Goldstein (*pro hac vice*)
601 Lexington Avenue
Telephone: (212) 446-4800
New York, New York 10022
Email: sandra.goldstein@kirkland.com

Brenton A. Rogers (Il. ARDC #6291926)

Respectfully submitted,

*/s/ Sharan Nirmul*
**KESSLER TOPAZ MELTZER & CHECK LLP**
Sharan Nirmul
Richard A. Russo, Jr. (*Pro Hac Vice*)
Nathan A. Hasiuk (*Pro Hac Vice*)
Lauren McGinley (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: snirmul@ktmc.com
  rrusso@ktmc.com
  nhasiuk@ktmc.com
  lmcginley@ktmc.com

*Counsel for Co-Lead Plaintiff Sjunde AP-Fonden and additional named Plaintiff Booker Enterprises Pty Ltd. and Co-Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

-and-

Salvatore J. Graziano (*Pro Hac Vice*)
Katherine M. Sinderson (*Pro Hac Vice*)
Abe Alexander (*Pro Hac Vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: salvatore@blbglaw.com
  katiem@blbglaw.com
  abe.alexander@blbglaw.com

2

300 North Lasalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Email: brogers@kirkland.com

*Counsel for Defendant 3G Capital Partners, 3G Capital, Inc., 3G Global Food Holdings, L.P., 3G Global Food Holdings GP LP, 3G Capital Partners LP, 3G Capital Partners II LP, 3G Capital Partners Ltd.*

*Counsel for Co-Lead Plaintiff Union Asset Management Holding AG and Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, Gabriel K. Gillett, an attorney, certify that on this 24th day of August, 2021, I caused a copy of the foregoing to be filed with the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

/s/ *Gabriel K. Gillett*  
*Attorney for Defendants*