UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 1:19-cv-01339<br><br>Judge Robert M. Dow, Jr. |
| RICHARD MERRITTS, derivatively on behalf of THE KRAFT HEINZ COMPANY,<br><br>                 Plaintiff,<br><br>  vs.<br><br>3G CAPITAL, INC. et al.,<br><br>                 Defendants,<br><br>  and<br><br>THE KRAFT HEINZ COMPANY,<br><br>                 Nominal Defendant. | Case No. 1:20-cv-02071<br><br>Judge Robert M. Dow, Jr. |

[caption continues on following page]

| | |
|---|---|
| DALE WATERS, Derivatively on Behalf of Nominal Defendant THE KRAFT HEINZ COMPANY,<br><br>                      Plaintiff,<br><br>vs.<br><br>ALEXANDRE BEHRING, et al.,<br><br>                      Defendants,<br><br>and<br><br>THE KRAFT HEINZ COMPANY,<br><br>                      Nominal Defendant. | Case No. 1:20-cv-02072<br><br>Judge Robert M. Dow, Jr. |
| In re KRAFT HEINZ SHAREHOLDER DERIVATIVE LITIGATION | Case No. 1:20-cv-02259<br><br>Judge Robert M. Dow, Jr. |
| STEVEN HILL, Derivatively on Behalf of THE KRAFT HEINZ COMPANY,<br><br>                      Plaintiff,<br><br>vs.<br><br>GREGORY E. ABEL, et al.,<br><br>                      Defendants,<br><br>and<br><br>THE KRAFT HEINZ COMPANY,<br><br>                      Nominal Defendant. | Case No. 1:20-cv-02280<br><br>Judge Robert M. Dow, Jr. |

**NOTICE REGARDING UPCOMING STATUS CONFERENCE**

Defendants Alexandre Behring, John Cahill, Gregory Abel, Tracy Britt Cool, Feroz Dewan, Jeanne Jackson, Jorge Paulo Lemann, John Pope, Marcel Herrmann Telles, Alexandre Van Damme, George Zoghbi, Mackey McDonald, Bernardo Hees, Paulo Basilio, David Knopf, Christopher Skinger, Vince Garlati and Nominal Defendant The Kraft Heinz Company ("Kraft Heinz") (together, the "Defendants") respectfully submit this notice to inform the Court of certain relevant facts in advance of the status conference scheduled for Wednesday, October 6, 2021. *See* No. 19-cv-01339, Dkt. 316.

Kraft Heinz and certain of the individual defendants have moved to dismiss a consolidated stockholder derivative action pending in the Delaware Court of Chancery that challenges substantially the same underlying alleged misconduct as the derivative actions that have been filed in and transferred to this Court. *See In re The Kraft Heinz Company Derivative Litigation*, C.A. No. 2019-0587-LWW (Del. Ch.). Among other grounds, the pending motion asserts that the stockholder plaintiffs lack standing because they did not plead with particularity that their failure to make a pre-suit litigation demand on Kraft Heinz's board before filing suit should be excused as futile under substantive Delaware law and Court of Chancery Rule 23.1. Because federal courts look to the substantive law of the nominal defendant's state of incorporation (here, Delaware) in federal derivative actions, the issue of demand futility is also a threshold issue that applies to all of the derivative actions pending here. That motion is fully briefed and submitted for decision, which is expected in the near future. We are providing this submission for informational purposes and look forward to further discussing the implications of the Delaware case at the status conference tomorrow.

Dated: October 5, 2021

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Daniel J. Kramer*

Daniel J. Kramer (*pro hac vice*)
Andrew J. Ehrlich (*pro hac vice*)
William A. Clareman (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-373-3990
dkramer@paulweiss.com
aehrlich@paulweiss.com
wclareman@paulweiss.com

-and-

**JENNER & BLOCK LLP**

Dean N. Panos (Il. ARDC #6203600)
Howard S. Suskin (Il. ARDC #6185999)
Gabriel K. Gillett (Il. ARDC #6328233)
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312-222-9350
Facsimile: 312-527-0484
dpanos@jenner.com
hsuskin@jenner.com
ggillett@jenner.com

*Attorneys for Defendants Alexandre Behring, John Cahill, Gregory Abel, Tracy Britt Cool, Feroz Dewan, Jeanne Jackson, Jorge Paulo Lemann, John Pope, Marcel Herrmann Telles, Alexandre Van Damme, George Zoghbi, Mackey McDonald, Bernardo Hees, Paulo Basilio, David Knopf, Christopher Skinger, Vince Garlati and Nominal Defendant The Kraft Heinz Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2021, I caused the foregoing Notice Regarding Upcoming Status Conference to be filed with the Clerk of the Court through the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *Daniel J. Kramer*
Daniel J. Kramer