**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

George A. Hedick Jr., et al.
                                Plaintiff,

v.                                                   Case No.: 1:19−cv−01339
                                                     Honorable Robert M. Dow Jr.

The Kraft Heinz Company, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 10, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Upon review of the joint status report [327], the Court adopts the parties' proposed case management plan and deadlines [see 327−1]. The parties are directed to file a revised joint status report no later than 6/1/2022 apprising the Court of the progress of discovery and their mediation efforts. If at any time the parties would like to schedule a status hearing, either telephonic or in−court, they may contact the Courtroom Deputy at any time. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.