## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

George A. Hedick Jr., et al.

                        Plaintiff,

v.                                       Case No.: 1:19–cv–01339
                                       Honorable Robert M. Dow Jr.

The Kraft Heinz Company, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 22, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held telephonically. The Kraft Heinz Defendants' application for the issuance of letters of request [336] is granted without objection. Motions to appear pro hac vice [343], [344] are granted. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.