**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 19-cv-01339<br><br>The Honorable Robert M. Dow, Jr. |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Lead Plaintiffs Sjunde AP-Fonden and Union Asset Management Holding AG, together with additional named Plaintiff Booker Enterprises Pty Ltd. (collectively, "Plaintiffs"), hereby move pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3) for an order: (i) certifying this action against Defendants[1] as a class action on behalf of all persons or entities who purchased or otherwise acquired The Kraft Heinz Company common stock and/or options between November 6, 2015 and August 7, 2019, inclusive, and were damaged thereby (the "Class")[2]; (ii) appointing Plaintiffs as Class representatives; and (iii) approving Plaintiffs' selection of Kessler Topaz Meltzer & Check, LLP and Bernstein Litowitz Berger & Grossmann LLP as counsel for the Class (the "Motion").

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, the Declaration of Katherine M. Sinderson and the

---

[1]     Defendants are The Kraft Heinz Company ("KHC"), 3G Capital Partners and its affiliated funds ("3G"), Paulo Basilio, Alexandre Behring, Bernardo Hees, David Knopf, Rafael Oliveira, and George Zoghbi.

[2]     Excluded from the Class are: (i) Defendants; (ii) any directors and officers of KHC or 3G during the Class Period and members of their immediate families; (iii) the subsidiaries, parents, and affiliates of KHC and 3G; (iv) any firm, trust, corporation, or other entity in which KHC or 3G has or had a controlling interest; and (v) the legal representatives, heirs, successors, and assigns of any such excluded party.

exhibits thereto, the papers and pleadings filed in this action, and such further argument and matters as may be offered at the time of hearing on this Motion.

Dated: March 28, 2022          Respectfully submitted,

| | |
|---|---|
| **KESSLER TOPAZ MELTZER & CHECK, LLP** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| */s/ Sharan Nirmul* | */s/ Katherine M. Sinderson* |
| Sharan Nirmul (#90751) | Katherine M. Sinderson |
| Richard A. Russo, Jr. | Salvatore Graziano |
| Joshua A. Materese (#314844) | Abe Alexander |
| Margaret E. Mazzeo | Jesse L. Jensen |
| Alex B. Heller (#321134) | Benjamin W. Horowitz |
| Austin W. Manning | Nicole Santoro |
| Helen J. Bass | 1251 Avenue of the America |
| 280 King of Prussia Road | New York, New York 10020 |
| Radnor, Pennsylvania 19087 | Telephone: (212) 554-1400 |
| Telephone: (610) 667-7706 | Facsimile: (212) 554-1444 |
| Facsimile: (610) 667-7056 | salvatore@blbglaw.com |
| snirmul@ktmc.com | katiem@blbglaw.com |
| rrusso@ktmc.com | abe.alexander@blbglaw.com |
| jmaterese@ktmc.com | jesse.jensen@blbglaw.com |
| mmazzeo@ktmc.com | will.horowitz@blbglaw.com |
| aheller@ktmc.com | nicole.santoro@blbglaw.com |
| amanning@ktmc.com | |
| hbass@ktmc.com | -and- |
| -and- | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| **KESSLER TOPAZ MELTZER & CHECK, LLP** | Avi Josefson (#6272453) |
| Jennifer L. Joost (#296164) | 875 North Michigan Avenue, Suite 3100 |
| One Sansome Street, Suite 1850 | Chicago, Illinois 60611 |
| San Francisco, CA 94104 | Telephone: (312) 373-3880 |
| Telephone: (415) 400-3000 | Facsimile: (312) 794-7801 |
| Facsimile: (415) 400-3001 | avi@blbglaw.com |
| jjoost@ktmc.com | |
| | *Counsel for Co-Lead Plaintiff Union Asset Management Holding AG and Co-Lead Counsel for the Class* |
| *Counsel for Co-Lead Plaintiff Sjunde AP-Fonden and additional named Plaintiff Booker Enterprises Pty Ltd. and Co-Lead Counsel for the Class* | |

2