**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| |
|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION |

Case No. 1:19-cv-01339

Honorable Robert M. Dow Jr.

## JOINT MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF

Pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois, Defendants The Kraft Heinz Company ("Kraft Heinz"), Bernardo Hees, Paulo Basilio, David Knopf, George Zoghbi, Rafael Oliveira, and Alexander Behring, and Defendant 3G Capital, Inc. (collectively, "Defendants") and Lead Plaintiffs Sjunde AP-Fonden ("AP7") and Union Asset Management Holding AG ("Union"), and additional named Plaintiff Booker Enterprises Pty Ltd. (collectively, "Plaintiffs"), through their undersigned counsel, respectfully move this Court for leave to file an oversized brief regarding the Defendants' forthcoming opposition to Plaintiffs' Motion for Class Certification and Plaintiffs' reply in further support of their Motion for Class Certification. In support of this motion, the parties state as follows:

1.     Per the case schedule adopted by the Court, Defendants' opposition to Plaintiffs' Motion for Class Certification is due on May 20, 2022. Plaintiffs' reply in further support of their Motion for Class Certification is due on July 19, 2022. *See* Dkt. No. 349.

2.     Plaintiffs previously sought leave to file a memorandum of law in support of their Motion for Class Certification of up to twenty-five pages in length, Dkt. No. 338, which the Court granted on March 21, 2022, Dkt. No. 341.

1

3. To adequately and completely address all the issues raised in Plaintiffs' Motion for Class Certification, Defendants respectfully request leave to file a memorandum of law in opposition to Plaintiffs' Motion for Class Certification of up to thirty-five pages in length, and Plaintiffs respectfully request leave to file a reply memorandum of law in further support of their Motion for Class Certification of up to thirty-five pages in length.

4. The parties respectfully submit that the additional pages beyond the limit allowed by Local Rule 7.1 are warranted in light of the complexity of the issues, and that this extension will assist the Court in its consideration of Plaintiffs' Motion for Class Certification.

5. The parties are in agreement as to the relief sought by way of this motion.

WHEREFORE, the parties respectfully request that this Court enter an Order allowing the Defendants to file a memorandum of law of up to thirty-five pages in opposition to Plaintiffs' Motion for Class Certification and the Plaintiffs to file a reply memorandum of law of up to thirty-five pages in further support of their Motion for Class Certification.

Dated: May 6, 2022

Respectfully submitted,

<div style="display: flex;">
<div>

/s/ Andrew J. Ehrlich

**PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP**
Daniel J. Kramer (*pro hac vice*)
Andrew Ehrlich (*pro hac vice*)
William A. Clareman (*pro hac vice*)
Alison R. Benedon (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: dkramer@paulweiss.com
    aehrlich@paulweiss.com
    wclareman@paulweiss.com
    abenedon@paulweiss.com


-and-


**JENNER & BLOCK LLP**
Howard S. Suskin (Il. ARDC # 6185999)
Dean N. Panos (Il. ARDC # 6203600)
Gabriel K. Gillett (Il. ARDC # 6328233)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Email: hsuskin@jenner.com
    dpanos@jenner.com
    ggillett@jenner.com com

*Counsel for Defendants The Kraft Heinz
Company, Bernardo Hees, Paulo Basilio,
David H. Knopf, Alexandre Behring, George
Zoghbi, and Rafael Oliveira*


/s/ Kevin M. Neylan                          .
**KIRKLAND & ELLIS LLP**
Sandra C. Goldstein (*pro hac vice)*
Stefan Atkinson, P.C. (*pro hac vice*)
Kevin M. Neylan, Jr. (*pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

</div>
<div>

/s/ Katherine M. Sinderson

**BERNSTEIN LITOWITZ BERGER &
  GROSSMAN LLP**
Katherine M. Sinderson
Salvatore Graziano
Abe Alexander
Jesse L. Jensen
Benjamin Horowitz
Nicole Santoro
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
Email: katiem@blbglaw.com
    salvatore@blbglaw.com
    abe.alexander@blbglaw.com
    jesse.jensen@blbglaw.com
    will.horowitz@blbglaw.com
    nicole.santoro@blbglaw.com


-and-


**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
Email: avi@blbglaw.com


*Counsel for Co-Lead Plaintiff Union Asset
Management Holding AG and Co-Lead
Counsel for the Class*


-and-


**KESSLER TOPAZ MELTZER &
  CHECK, LLP**
Sharan Nirmul
Richard Russo, Jr.

</div>
</div>

Facsimile: (212) 446-4900
Email:  sandra.goldstein@kirkland.com
         stefan.atkinson@kirkland.com
         kevin.neylan@kirkland.com

Brenton Rogers, P.C. (Il. ARDC #6291926)
300 North Lasalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Email: brogers@kirkland.com

*Counsel for Defendant 3G Capital Partners, 3G Capital, Inc., 3G Global Food Holdings, L.P., 3G Global Food Holdings GP LP, 3G Capital Partners LP, 3G Capital Partners II LP, 3G Capital Partners Ltd.*

Josh A. Materese
Margaret E. Mazzeo
Alex B. Beller
Austin W. Manning
Helen J. Bass
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610 667-7056
Email: snirmul@ktmc.com
         rrusso@ktmc.com
         jmaterese@ktmc.com
         mmazzeo@ktmc.com
         aheller@ktmc.com
         amanning@ktmc.com
         hbass@ktmc.com

-and-

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone:  (415) 400-3000
Facsimile: (415) 400-3001
Email: jjoost@ktmc.com

*Counsel for Co-Lead Plaintiff Sjunde AP-Fonden and additional named Plaintiff Booker Enterprises Pty Ltd. and Co-Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I, Andrew J. Ehrlich, an attorney, certify that on this 6th day of May, 2022, I caused a copy of the foregoing to be filed with the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/  Andrew J. Ehrlich*