**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 1:19-cv-01339 |
| | Honorable Robert M. Dow Jr. |

## NOTICE OF JOINT MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF

PLEASE TAKE NOTICE that on May 12, 2022, at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio and David Knopf, George Zoghbi, Rafael Oliveira, and Alexandre Behring (collectively, the "Kraft Heinz Defendants") shall appear before the Honorable Robert M. Dow, Jr. in Courtroom 2303 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the parties' Joint Motion for Leave to File an Oversized Brief.

Dated: May 6, 2022

Respectfully submitted,

/s/ Andrew J. Ehrlich

**PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP**
Daniel J. Kramer (*pro hac vice*)
Andrew J. Ehrlich (*pro hac vice*)
William A. Clareman (*pro hac vice*)
Alison R. Benedon (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: dkramer@paulweiss.com
        aehrlich@paulweiss.com
        wclareman@paulweiss.com
        abenedon@paulweiss.com

-and-

**JENNER & BLOCK LLP**
Howard S. Suskin (Il. ARDC # 6185999)
Dean N. Panos (Il. ARDC # 6203600)
Gabriel K. Gillett (Il. ARDC # 6328233)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Email: hsuskin@jenner.com
        dpanos@jenner.com
        ggillett@jenner.com com

*Counsel for Defendants The Kraft Heinz
Company, Bernardo Hees, Paulo Basilio,
David H. Knopf, Alexandre Behring, George
Zoghbi, and Rafael Oliveira*

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Andrew J. Ehrlich, an attorney, certify that on this 6th day of May, 2022, I caused a copy of the foregoing to be filed with the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/  Andrew J. Ehrlich*