**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 1:19-cv-01339 |
| | Honorable Robert M. Dow Jr. |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 83.17, Lead Plaintiff Union Asset Management Holding AG and Sjunde AP-Fonden (collectively, "Lead Plaintiff"), respectfully requests that Nicholas R. Gersh be withdrawn as counsel for Lead Plaintiff in the above-captioned action and also be removed from all electronic service notifications in this action. Mr. Gersh is no longer associated with the firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). Bernstein Litowitz will continue to serve as counsel of record for Lead Plaintiff in this action.

Dated: May 12, 2022

*/s/ Katie M. Sinderson*
**BERNSTEIN LITOWITZ BERGER**
**   & GROSSMANN LLP**
Salvatore J. Graziano
Katherine M. Sinderson
Abe Alexander
Jesse L. Jensen
Benjamin W. Horowitz
Nicole Santoro
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
katiem@blbglaw.com
abe.alexander@blbglaw.com
jesse.jensen@blbglaw.com
will.horowitz@blbglaw.com
nicole.santoro@blbglaw.com

-and-

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Avi Josefson (No. 6272453)
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

*Counsel for Co-Lead Plaintiff*
*Union and Co-Lead Counsel for the Class*