**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 1:19-cv-01339<br><br>Honorable Robert M. Dow Jr. |

## DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL

Defendants The Kraft Heinz Company ("KHC"), 3G Capital, Inc. ("3G"), Paulo Basilio, Alexandre Behring, Bernardo Hees, David Knopf, Rafael Oliveira, and George Zoghbi (collectively, "Defendants") respectfully move, pursuant to Local Rules 5.8 and 26.2, for an Order granting Defendants leave to electronically file under seal Exhibits A, F, G, H, I, N, O, P, U and V of the Declaration of Andrew J. Ehrlich in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification (the "Ehrlich Declaration"). Defendants have also applied narrow redactions to their publicly-filed Memorandum of Law in support of their Opposition to Plaintiffs' Motion for Class Certification in order to exclude the material designated Confidential by Plaintiffs or third parties contained in the documents and testimony, and accordingly request leave to file under seal an unredacted version of said Memorandum of Law as well.

The referenced exhibits consist of documents produced in this case in the course of discovery and deposition transcripts and marked as "Confidential" or "Highly Confidential" by the producing party in accordance with the Confidentiality Order entered by this Court on December 3, 2021. (ECF No. 333.)

Exhibit A is a true and correct copy of the deposition transcript of David I. Tabak, Plaintiffs' class certification expert. The entire deposition transcript was marked by Plaintiffs' counsel as "Confidential" under the Confidentiality Order.

Exhibits F and I are true and correct copies of excerpts of the deposition transcripts of Carsten Fischer and Joachen Riechwald, Plaintiff Union Asset Management Holding AG's Rule 30(b)(6) designees. The deposition transcripts were marked by Plaintiffs' counsel as "Confidential" under the Confidentiality Order. Exhibits G and H are certified translation of documents produced by Union in this litigation bearing Bates stamps UNION0049475–UNION0049492 and UNION0053114–UNION0053126. The documents were marked "Confidential" and produced subject to the Confidentiality Order.

Exhibit N is a true and correct copy of excerpts of the deposition transcript of Richard Grottheim, Plaintiff Sjunde AP-Fonden's ("AP7") Rule 30(b)(6) designee. The entire deposition transcript was marked by Plaintiffs' counsel as "Confidential" under the Confidentiality Order. Exhibit P is a true and correct copy of a document produced by AP7 in this litigation bearing Bates stamps AP7-KHC-003083–AP7-KHC-003095. The document was marked "Confidential" and produced subject to the Confidentiality Order.

Exhibit O is a true and correct copy of a document produced by BlackRock Inc. in this litigation bearing Bates stamps BLK-000002–BLK-000191. The document was produced in response to a subpoena served by Defendants on February 22, 2022 and was marked "Confidential" and produced subject to the Confidentiality Order.

Exhibit U is a true and correct copy of excerpts of the deposition transcript of Luke Booker. The entire deposition transcript was marked by Plaintiffs' counsel as "Confidential" under the Confidentiality Order. Exhibit V is a true and correct copy of a document produced by Plaintiff

Booker Enterprises Pty Ltd. ("Booker") in this litigation bearing Bates stamp BOOKER-KHC-00000001, which appears to reflect Booker's trade records. This document was marked "Confidential" and produced subject to the Confidentiality Order.

The requested motion is narrowly tailored to protect the material designated as Confidential by the parties or third parties contained in the documents and testimony described herein. Plaintiffs have consented to this motion to seal documents designated as confidential. Defendants also advised BlackRock of their intent to file this motion, and BlackRock had no objection.

Pursuant to Local Rule 26.2(c), Defendants intend to file the foregoing Exhibits and redacted version of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification under seal, along with the Ehrlich Declaration, simultaneously with this motion. Defendants will provide a complete version of the sealed documents, without any redactions, to Plaintiffs and this Court.

For the foregoing reasons, Defendants respectfully request that the Court enter an order granting Defendants leave to file under seal Exhibits A, F, G, H, I, N, O, P, U and V of the Ehrlich Declaration, as well as an unredacted version of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification.

Dated: May 20, 2022

Respectfully submitted,

/s/ Andrew J. Ehrlich

/s/ Kevin M. Neylan, Jr.

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Daniel J. Kramer (*pro hac vice*)
Andrew Ehrlich (*pro hac vice*)
William A. Clareman (*pro hac vice*)
Alison R. Benedon (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
dkramer@paulweiss.com
aehrlich@paulweiss.com
wclareman@paulweiss.com
abenedon@paulweiss.com

**KIRKLAND & ELLIS LLP**
Sandra C. Goldstein (*pro hac vice*)
Stefan Atkinson, P.C. (*pro hac vice*)
Kevin M. Neylan, Jr. (*pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
sandra.goldstein@kirkland.com
stefan.atkinson@kirkland.com
kevin.neylan@kirkland.com

-and-

Brenton Rogers, P.C. (Il. ARDC #6291926)
300 North Lasalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Email: brogers@kirkland.com

**JENNER & BLOCK LLP**
Howard S. Suskin (Il. ARDC # 6185999)
Dean N. Panos (Il. ARDC # 6203600)
Gabriel K. Gillett (Il. ARDC # 6328233)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
hsuskin@jenner.com
dpanos@jenner.com
ggillett@jenner.com

*Counsel for Defendant 3G Capital Partners, 3G Capital, Inc., 3G Global Food Holdings, L.P., 3G Global Food Holdings GP LP, 3G Capital Partners LP, 3G Capital Partners II LP, and 3G Capital Partners Ltd.*

*Counsel for Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, David Knopf, Alexandre Behring, George Zoghbi, and Rafael Oliveira*