**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE KRAFT HEINZ<br>SECURITIES LITIGATION | Case No. 1:19-cv-01339<br><br>Honorable Robert M. Dow Jr. |

**NOTICE OF DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL**

PLEASE TAKE NOTICE that on June 3, 2022, at 9:15 a.m, or as soon thereafter as counsel may be heard, counsel for Defendants The Kraft Heinz Company, 3G Capital, Inc., Paulo Basilio, Alexandre Behring, Bernardo Hees, David Knopf, Rafael Oliveira, and George Zoghbi (collectively, the "Defendants") shall appear before the Honorable Robert M. Dow, Jr., in Courtroom 2303 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' Unopposed Motion to File Under Seal.

Dated: May 20, 2022

/s/ Andrew J. Ehrlich
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Daniel J. Kramer (*pro hac vice*)
Andrew Ehrlich (*pro hac vice*)
William A. Clareman (*pro hac vice*)
Alison R. Benedon (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
dkramer@paulweiss.com
aehrlich@paulweiss.com
wclareman@paulweiss.com
abenedon@paulweiss.com

-and-

**JENNER & BLOCK LLP**
Howard S. Suskin (Il. ARDC # 6185999)
Dean N. Panos (Il. ARDC # 6203600)
Gabriel K. Gillett (Il. ARDC # 6328233)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
hsuskin@jenner.com
dpanos@jenner.com
ggillett@jenner.com

*Counsel for Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, David Knopf, Alexandre Behring, George Zoghbi, and Rafael Oliveira*

Respectfully submitted,

/s/ Kevin M. Neylan, Jr.
**KIRKLAND & ELLIS LLP**
Sandra C. Goldstein (*pro hac vice*)
Stefan Atkinson, P.C. (*pro hac vice*)
Kevin M. Neylan, Jr. (*pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
sandra.goldstein@kirkland.com
stefan.atkinson@kirkland.com
kevin.neylan@kirkland.com

Brenton Rogers, P.C. (Il. ARDC #6291926)
300 North Lasalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Email: brogers@kirkland.com

*Counsel for Defendant 3G Capital Partners, 3G Capital, Inc., 3G Global Food Holdings, L.P., 3G Global Food Holdings GP LP, 3G Capital Partners LP, 3G Capital Partners II LP, and 3G Capital Partners Ltd.*

## **CERTIFICATE OF SERVICE**

I, Andrew J. Ehrlich, an attorney, certify that on this 20th day of May, 2022, I caused a copy of the foregoing to be filed with the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.


*/s/  Andrew J. Ehrlich*