# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 19-cv-01339<br><br>The Honorable Robert M. Dow, Jr. |

## PLAINTIFFS' RESPONSE TO THE KRAFT HEINZ DEFENDANTS' MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Lead Plaintiffs Sjunde APFonden ("AP7") and Union Asset Management Holding AG ("Union"), together with additional named Plaintiff Booker Enterprises Pty Ltd. (collectively, "Plaintiffs"), respectfully submit this Response to the Kraft Heinz Defendants' Motion for Extension of Time to Complete Discovery (ECF No. 380) (the "Motion"). Plaintiffs write briefly to clarify the Kraft Heinz Defendants' assertions in the Motion that they had requested Plaintiffs' "consent . . . to file this motion," and that "Plaintiffs consented to the motion." Motion ¶16. Plaintiffs did not consent to the Motion—which Plaintiffs were not provided in advance of its filing—but consented only as to the Kraft Heinz Defendants' request to extend the schedule by four months. For example, Plaintiffs do not consent to the Motion's assertion that "an additional extension of time [may be] required" (Motion ¶13) or as to the Motion's characterizations of Defendants' discovery efforts. For the avoidance of doubt, Plaintiffs reserve all rights to challenge these and all other assertions made by Defendants in the Motion without contesting the four-month extension Defendants currently request.

Dated: July 28, 2022

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
| */s/ Katherine M. Sinderson* | */s/ Sharan Nirmul* |
| Salvatore J. Graziano | Sharan Nirmul (#90751) |
| Katherine M. Sinderson | Richard A. Russo, Jr. |

Abe Alexander
Jesse L. Jensen
Benjamin W. Horowitz
Nicole Santoro
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
katiem@blbglaw.com
abe.alexander@blbglaw.com
jesse.jensen@blbglaw.com
will.horowitz@blbglaw.com
nicole.santoro@blbglaw.com

-and-

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Avi Josefson (#6272453)
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

*Counsel for Co-Lead Plaintiff Union Asset Management Holding AG and Co-Lead Counsel for the Class*

Joshua A. Materese (#314844)
Margaret E. Mazzeo
Alex B. Heller (#321134)
Austin W. Manning
Helen J. Bass
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
rrusso@ktmc.com
jmaterese@ktmc.com
mmazzeo@ktmc.com
aheller@ktmc.com
amanning@ktmc.com
hbass@ktmc.com

-and-

**KESSLER TOPAZ MELTZER**
  **& CHECK, LLP**
Jennifer L. Joost
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
jjoost@ktmc.com

*Counsel for Co-Lead Plaintiff Sjunde AP-Fonden and additional named Plaintiff Booker Enterprises Pty Ltd. and Co-Lead Counsel for the Class*