**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 19-cv-01339<br><br>The Honorable Robert M. Dow, Jr. |

## AMENDED NOTICE OF PLAINTIFFS' UNOPPOSED MOTION TO FILE UNDER SEAL

PLEASE TAKE NOTICE that on August 3, 2022, at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel for Lead Plaintiffs Sjunde AP-Fonden and Union Asset Management Holding AG, and additional named Plaintiff Booker Enterprises Pty Ltd. (collectively, "Plaintiffs"), shall appear before the Honorable Robert M. Dow, Jr., in Courtroom 2303 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' Unopposed Motion to File Under Seal.

Dated: July 29, 2022

| BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP | KESSLER TOPAZ MELTZER & CHECK, LLP |
|---|---|
| */s/ Katherine M. Sinderson* | */s/ Sharan Nirmul* |
| Salvatore J. Graziano | Sharan Nirmul (#90751) |
| Katherine M. Sinderson | Richard A. Russo, Jr. |
| Abe Alexander | Joshua A. Materese (#314844) |
| Jesse L. Jensen | Margaret E. Mazzeo |
| Benjamin W. Horowitz | Alex B. Heller (#321134) |
| Nicole Santoro | Austin W. Manning |
| 1251 Avenue of the Americas | Helen J. Bass |
| New York, New York 10020 | 280 King of Prussia Road |
| Telephone: (212) 554-1400 | Radnor, Pennsylvania 19087 |
| Facsimile: (212) 554-1444 | Telephone: (610) 667-7706 |
| salvatore@blbglaw.com | Facsimile: (610) 667-7056 |
| katiem@blbglaw.com | snirmul@ktmc.com |

abe.alexander@blbglaw.com
jesse.jensen@blbglaw.com
will.horowitz@blbglaw.com
nicole.santoro@blbglaw.com

-and-

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
Avi Josefson (#6272453)
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

*Counsel for Co-Lead Plaintiff Union Asset Management Holding AG and Co-Lead Counsel for the Class*

rrusso@ktmc.com
jmaterese@ktmc.com
mmazzeo@ktmc.com
aheller@ktmc.com
amanning@ktmc.com
hbass@ktmc.com

-and-

**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
Jennifer L. Joost
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
jjoost@ktmc.com

*Counsel for Co-Lead Plaintiff Sjunde AP-Fonden and additional named Plaintiff Booker Enterprises Pty Ltd. and Co-Lead Counsel for the Class*