UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 1:19-cv-01339 <br><br> Honorable Robert M. Dow Jr. |

**FOURTH JOINT STATUS REPORT**

Lead Plaintiffs Sjunde AP-Fonden and Union Asset Management Holding AG, additional named Plaintiff Booker Enterprises Pty Ltd. (collectively, "Plaintiffs"), and The Kraft Heinz Company ("Kraft Heinz Defendants" or the "Company"), Bernardo Hees, Paulo Basilio, David Knopf, Alexandre Behring, George Zoghbi, and Rafael Oliveira (together, the "Kraft Heinz Defendants"), and 3G Capital Partners and its affiliates[1] ("Defendant 3G"), (collectively, "Defendants," and Plaintiffs and Defendants taken together, the "Parties"), by and through their respective counsel, have met and conferred and submit the following supplemental joint status report pursuant to the Court's Order (ECF No. 365):

**I.      STATUS OF DISCOVERY:**

The deadline for Defendants to complete taking class certification discovery of Plaintiffs was Thursday, May 5, 2022. The deadline for Plaintiffs to complete taking class certification discovery of Defendants was July 8, 2022. The deadline for substantial completion of all document discovery is August 12, 2022. The fact discovery deadline is February 17, 2023. The expert discovery deadline is June 20, 2023.

**A.      Plaintiffs' Discovery Efforts**

Since the Parties submitted the Third Status Report (ECF No. 366), the Kraft Heinz Defendants have informed Plaintiffs that they have substantially completed their production of documents collected during an internal investigation conducted by KHC's independent directors. Plaintiffs are evaluating Defendants' decision to withhold documents with respect to that production.

---

[1] Inclusive of the following affiliated funds and business entities: 3G Capital, Inc. (a Delaware corporation); the Cayman Islands business entities 3G Global Food Holdings, L.P.; 3G Global Food Holdings GP LP; 3G Capital Partners LP; 3G Capital Partners II LP; and 3G Capital Partners Ltd.

1

Plaintiffs' Second Requests for the Production of Documents (the "Second Requests") were served on November 12, 2021 and principally directed to the substantial areas of document discovery not covered by the First Requests. The Kraft Heinz Defendants have stated that they intend to begin productions in response to the Second Requests on or about July 29, 2022, with substantial rolling productions on a bi-weekly basis, if not more frequently, thereafter. The Kraft Heinz Defendants have moved for a four-month extension of all of the outstanding deadlines in this Action to provide additional time for the Kraft Heinz Defendants to conduct their review and production of documents. Plaintiffs consented to the four-month extension requested by the Kraft Heinz Defendants but have not consented to the remainder of the motion and filed a pleading stating their position in this regard. (ECF No. 382.)

Plaintiffs and the Kraft Heinz Defendants have continued to meet and confer regarding certain aspects of Defendants' response to the Second Requests, including search protocols for: (1) custodial sources other than emails and chats; (2) electronically stored information ("ESI") containing Portuguese; (3) non-custodial sources; and (4) sources of ESI in the Individual Defendants' custody, possession, or control. Plaintiffs have asked the Kraft Heinz Defendants to confer regarding the entry of a search validation protocol.

After the Parties submitted the previous Third Status Report (ECF No. 366), the 3G Defendants began production of documents responsive to Plaintiffs' Second Requests, served in November 2021. The 3G Defendants have not yet provided a date by which they expect to complete production in response to the Second Requests.

The Parties have agreed to expand the deposition limit set forth in Federal Rule of Civil Procedure 30 and are conferring as to the scope of that expansion.

B.   **Defendants' Discovery Efforts**

On July 18, 2022, the Kraft Heinz Defendants filed a motion to compel Lead Plaintiff Union for discovery regarding non-party funds associated with Union and to allow the Kraft Heinz Defendants to supplement the class certification record following the production of any such discovery. (ECF No. 367.) Plaintiffs will oppose the motion in a manner consistent with the Court's practices.

C.   **Class Certification**

Plaintiffs' reply brief in support of their motion for class certification was filed on July 19, 2022, concluding the briefing scheduled by the Court for Plaintiffs' class certification motion.

Dated: July 29, 2022                              Respectfully submitted,

/s/ Sharan Nirmul                                 /s/ Andrew Ehrlich
**KESSLER TOPAZ MELTZER**                         **PAUL, WEISS, RIFKIND, WHARTON &**
  **& CHECK, LLP**                        **GARRISON LLP**
Sharan Nirmul (#90751)                            Daniel J. Kramer (*pro hac vice*)
Richard A. Russo, Jr.                             Andrew Ehrlich (*pro hac vice*)
Joshua A. Materese (#314844)                      William A. Clareman (*pro hac vice*)
Margaret E. Mazzeo                                Amy L. Barton (*pro hac vice* forthcoming)
Alex B. Heller                                    Alison R. Benedon (*pro hac vice*)
Austin W. Manning                                 1285 Avenue of the Americas
Helen J. Bass                                     New York, NY 10019
280 King of Prussia Road                          Telephone: (212) 373-3000
Radnor, Pennsylvania 19087                        Email: dkramer@paulweiss.com
Telephone: (610) 667-7706                         aehrlich@paulweiss.com
Facsimile: (610) 667-7056                         wclareman@paulweiss.com
snirmul@ktmc.com
rrusso@ktmc.com                                   *Counsel for Defendants The Kraft Heinz*
jmaterese@ktmc.com                                *Company, Bernardo Hees, Paulo Basilio,*
mmazzeo@ktmc.com                                  *David H. Knopf, Alexandre Behring, George*
aheller@ktmc.com                                  *Zoghbi, and Rafael Oliveira*
amanning@ktmc.com
hbass@ktmc.com                                    **JENNER & BLOCK LLP**
                                                  Dean N. Panos (Il. ARDC # 6203600)
-and-                                             Howard S. Suskin (Il. ARDC # 6185999)
                                                  Gabriel K. Gillett (Il. ARDC # 6328233)

3

**KESSLER TOPAZ MELTZER
   & CHECK, LLP**
Jennifer L. Joost
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel for Co-Lead Plaintiff
AP-7 and Additional Plaintiff Booker, and Co-Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
Salvatore Graziano
Katherine M. Sinderson
Abe Alexander
Jesse L. Jensen
Benjamin W. Horowitz
Nicole Santoro
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
katiem@blbglaw.com
abe.alexander@blbglaw.com
jesse.jensen@blbglaw.com
will.horowitz@blbglaw.com
nicole.santoro@blbglaw.com

-and-

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
Avi Josefson
875 North Michigan Avenue,
Suite 3100 Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801

*Counsel for Co-Lead Plaintiff
Union and Co-Lead Counsel for the Class*

353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Email: hsuskin@jenner.com
dpanos@jenner.com
ggillett@jenner.com

*Local counsel for Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, David H. Knopf, Alexandre Behring, George Zoghbi, and Rafael Oliveira*

/s/ Kevin M. Neylan, Jr.
**KIRKLAND & ELLIS LLP**
Sandra C. Goldstein (*pro hac vice*)
Stefan Atkinson (*pro hac vice*)
Kevin M. Neylan, Jr. (*pro hac vice*)
601 Lexington Avenue
Telephone: (212) 446-4800
New York, NY 10022
Email: sandra.goldstein@kirkland.com

Brenton A. Rogers
300 North Lasalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Email: brogers@kirkland.com

*Counsel for Defendant 3G Capital Partners, 3G Capital, Inc., 3G Global Food Holdings, L.P., 3G Global Food Holdings GP LP, 3G Capital Partners LP, 3G Capital Partners II LP, 3G Capital Partners Ltd.*

4