**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
ORDER OF THE EXECUTIVE COMMITTEE**

**Judge Jorge L. Alonso**

It appearing that the following related cases are currently assigned to the Hon. Elaine E. Bucklo; and

It further appearing that Judge Bucklo has requested that these cases be reassigned to another judge of this Court pursuant to 28 USC §294(b); therefore

It is hereby ordered that the following list of cases are to be reassigned by lot to an active district judge of this Court, pursuant to IOP 13(c)(4).

| Case Number | Case Name |
|---|---|
| 1:19-cv-01339 | Hedick v. Kraft Heinz Company et al |
| 1:19-cv-01845 | Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan v. Kraft Heinz Company, The et al |
| 1:19-cv-02807 | Timber Hill LLC v. The Kraft Heinz Company et al |
| 1:20-cv-01970 | City of Hollywood Police Officers' Retirement System v. The Kraft Heinz Company et al |
| 1:20-cv-02071 | Merritts v. 3G Capital, Inc. et al |
| 1:20-cv-02072 | Waters v. Behring et al |
| 1:20-cv-02257 | Silverman et al v. Behring et al |
| 1:20-cv-02258 | Green v. Behring et al |
| 1:20-cv-02259 | In Re: Kraft Heinz Shareholder Derivative Litigation |
| 1:20-cv-02280 | Hill v. Abel et al |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 7th day of November, 2022