**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 1:19-cv-01339<br><br>Honorable Jorge L. Alonso |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND AUTHORIZATION TO DISSEMINATE NOTICE OF SETTLEMENT**

Court-appointed Lead Plaintiffs Sjunde AP-Fonden and Union Asset Management Holding AG, and additional named plaintiff Booker Enterprises Pty Ltd., by and through their undersigned counsel, respectfully move this Court, pursuant to Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of an Order: (i) granting preliminary approval of the proposed settlement of the above-captioned class action on the terms set forth in the Stipulation and Agreement of Settlement dated May 2, 2023 ("Stipulation" or "Settlement");[1] (ii) approving the form and manner of providing notice of the Settlement to Settlement Class Members; and (iii) setting a hearing date to consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for attorneys' fees and expenses no earlier than 110 days from the filing of this motion and the Settlement with the Court, *see* 28 U.S.C. § 1715(d); as well as a schedule for various events and deadlines in connection with the Settlement.

This motion is based upon the Stipulation, the accompanying Memorandum of Law, and all other papers and proceedings herein. The Order Preliminarily Approving Settlement and Providing for Notice is attached as Exhibit A to the Stipulation and will be emailed to the Court pursuant to the Court's Case Procedures.

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Stipulation. The Stipulation is attached as Exhibit 1 to the Index of Exhibits filed with this motion.

Pursuant to the terms of the Stipulation, this motion is unopposed by Defendants.

Dated: May 5, 2023

Respectfully submitted,

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

*/s/ Sharan Nirmul*
Sharan Nirmul
Richard A. Russo, Jr.
Joshua A. Materese
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: snirmul@ktmc.com
rrusso@ktmc.com
jmaterese@ktmc.com

Jennifer L. Joost
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
Email: jjoost@ktmc.com

*Counsel for Lead Plaintiff Sjunde AP-Fonden and additional named Plaintiff Booker Enterprises Pty Ltd. and co-Lead Counsel for the Settlement Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Katherine M. Sinderson*
Katherine M. Sinderson
Salvatore J. Graziano
Jesse L. Jensen
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: katiem@blbglaw.com
salvatore@blbglaw.com
jesse.jensen@blbglaw.com

*Counsel for Lead Plaintiff Union Asset Management Holding AG and co-Lead Counsel for the Settlement Class*