# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

NeuroGrafix, et al.

                        Plaintiff,

v.                                                   Case No.: 1:12−cv−06075

                                                   Honorable Matthew F. Kennelly

Brainlab, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 24, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: The parties should be prepared to discuss defendants' motion to quash at the telephone status hearing set for 2/26/2021 at 9:15 AM. The Court will consider allowing a written response but would prefer to deal with the motion at the 2/26 hearing if it can do so. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.