# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 1:19-cv-01339<br><br>Honorable Jorge L. Alonso |

## NOTICE OF PRESENTMENT OF PLAINTIFFS' MOTION FOR APPROVAL OF DISTRIBUTION PLAN

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on Tuesday, March 4, 2025, at 9:30 a.m. Central time, or as soon thereafter as this Motion may be heard, Lead Plaintiffs Sjunde AP-Fonden and Union Asset Management Holding AG, and additional named plaintiff Booker Enterprises Pty Ltd. (collectively, "Plaintiffs"), individually and on behalf of the Settlement Class in the above-captioned action, shall appear before the Honorable Jorge L. Alonso in Courtroom 1903 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 and present Plaintiffs' Motion for Approval of Distribution Plan.

Dated: January 27, 2025

Respectfully submitted,

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

*/s/ Sharan Nirmul*
Sharan Nirmul
Richard A. Russo, Jr.
Joshua A. Materese
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: snirmul@ktmc.com
       rrusso@ktmc.com
       jmaterese@ktmc.com

Jennifer L. Joost
One Sansome Street, Suite 1850

San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
Email: jjoost@ktmc.com

*Counsel for Lead Plaintiff Sjunde AP-Fonden and additional named Plaintiff Booker Enterprises Pty Ltd. and co-Lead Counsel for the Settlement Class*


**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Salvatore J. Graziano*
Salvatore J. Graziano
Katherine M. Sinderson
Jesse L. Jensen
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: salvatore@blbglaw.com
 katiem@blbglaw.com
 jesse.jensen@blbglaw.com

*Counsel for Lead Plaintiff Union Asset Management Holding AG and co-Lead Counsel for the Settlement Class*