**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 19-cv-01339<br><br>Honorable Jorge L. Alonso |

**REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION**
**FOR APPROVAL OF DISTRIBUTION PLAN**

Lead Plaintiffs Sjunde AP-Fonden and Union Asset Management Holding AG, and additional named plaintiff Booker Enterprises Pty Ltd. (collectively, "Plaintiffs"), on behalf of themselves and the Settlement Class, respectfully submit this reply in further support of their Motion for Approval of Distribution Plan filed on January 27, 2025 (ECF No. 495) (the "Motion").[1] As stated in the Motion, Defendants take no position on the Motion.

As set forth in the Motion, there were five (5) Claimants who disagreed with the Claims Administrator's administrative determination of their Claims and requested Court review of their Claims (the "Disputed Claims" or "Disputing Claimants"). Upon filing the Motion on January 27, 2025, Lead Counsel sent each of the Disputing Claimants a copy of the Motion papers with the supporting documentation relating to their Disputed Claim. Lead Counsel informed the Disputing Claimants that they did not need to take any further action to have the Court consider their dispute, but that if they wanted to make an additional submission, they should direct it to the Court's attention with a copy to Lead Counsel postmarked no later than February 11, 2025.

To date, there have been no additional submissions by any Disputing Claimant. Accordingly, the Motion is fully briefed and ready for disposition. Plaintiffs respectfully submit that the Motion may be decided on the papers. Plaintiffs respectfully request that the Court enter the proposed Order Approving Distribution Plan (ECF No. 495-1) at its earliest convenience, so that the process of conducting the distribution of the Net Settlement Fund to eligible Claimants may begin as soon as possible.

---

[1] Unless otherwise indicated in this reply, all terms with initial capitalization shall have the meanings ascribed to them in the Motion.

2

Dated: February 18, 2025

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

/s/ Sharan Nirmul
Sharan Nirmul
Richard A. Russo, Jr.
Joshua A. Materese
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: snirmul@ktmc.com
      rrusso@ktmc.com
      jmaterese@ktmc.com

Jennifer L. Joost
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
Email: jjoost@ktmc.com

*Counsel for Lead Plaintiff Sjunde AP-Fonden and additional named Plaintiff Booker Enterprises Pty Ltd. and co-Lead Counsel for the Settlement Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ Katherine M. Sinderson
Katherine M. Sinderson
Salvatore J. Graziano
Jesse L. Jensen
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: katiem@blbglaw.com
      salvatore@blbglaw.com
      jesse.jensen@blbglaw.com

*Counsel for Lead Plaintiff Union Asset Management Holding AG and co-Lead Counsel for the Settlement Class*